UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMI JO IGLESIAS

    Plaintiff,

v.                                        Case No: 6:12-cv-1683-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

### REPORT AND RECOMMENDATION[1]

Pending before the Court is the Government's Unopposed Motion to Remand. (Doc. 11). The Government requests that this case be remanded pursuant to sentence six of 42 U.S.C. § 405(g) so that the Commissioner can take further administrative action. Pursuant to M.D. Fla. R. 3.01(g), counsel for the Government represents that Plaintiff's attorney has been contacted and has no objection to the requested relief.

Title 42 U.S.C. § 405(g) of the Social Security Act gives this Court authority to remand a case to the Commissioner on motion of the Defendant made for "good cause shown" before he files his answer. Congress has clearly stated that good cause for remand may be found "where the claimant's files cannot be located or are incomplete."[2] Defendant advises that Plaintiff's file is incomplete and Defendant has not filed an answer

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

[2] H.R. Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980).

to the complaint.  For these reasons I find good cause exists to support a remand under sentence six.  Accordingly, I respectfully recommend that:

1. The Government's Unopposed Motion to Remand (Doc. 11) be **GRANTED**.

2. This action be **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

3. The parties be directed to provide the Court with status reports every ninety (90) days.

4. The Court retain jurisdiction over the matter.

5. The Clerk be directed to **ADMINISTRATIVELY CLOSE** the file and withhold the entry of a final judgment in this case.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on February 4th, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record