# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TOMI JO IGLESIAS,

    Plaintiff,

v.

    Case No. 6:12-cv-1683-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Defendant Commissioner of Social Security's Motion to Reopen Case (the "Motion") (Doc. 31), which the Court referred to United States Magistrate Thomas B. Smith for a Report and Recommendation.

On May 16, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 36) recommending that the Motion be granted to the extent the Court directs the Clerk of Court to reopen the case. Having reviewed the Report and Recommendation (Doc. 36) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Motion to Reopen Case (Doc. 31) is **GRANTED** in that the Clerk of Court is **DIRECTED** to **REOPEN** the case. Otherwise, the Motion to Reopen Case (Doc. 31) is **DENIED**.

3. A Scheduling Order shall follow after entry of this Order.

**DONE** and **ORDERED** in Orlando, Florida on this 15 day of June, 2017.

    G. KENDALL SHARP
    SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record, Unrepresented Party