UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMI JO IGLESIAS,
      Plaintiff,

v.                                                          Case No: 6:12-cv-1683-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,
      Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Tomi Jo Iglesias' appeal from a final decision of the Commissioner of Social Security (the "Commissioner") denying her claim for disability insurance benefits. On January 12, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 48). After review of the Report and Recommendation (Doc. 48), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 48) is **APPROVED** and **ADOPTED** and it made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and thereafter **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this _12_ day of February, 2018.

                                        G. KENDALL SHARP
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record, Unrepresented Parties